WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '07 FEB 26 10:28 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATRINA DITTO,**　　　　　　　　　　　　　　　　　CV # 05-1813-TC

   Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $4,450.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 26 day of Feb, 2007.

_____
United States District / Magistrate Judge

Submitted on February 20, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1